UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHIE ALLISON, DEBBIE CONLIN
MELISSA GRANGER, EVETTE CHAVEZ
SUSAN PAVICK, MELISSA DEL RIO, and
AMANDA MEAD,

        Plaintiffs,

v.

CITY OF EAST LANSING,

        Defendant.
_____/

Docket No. 5:03-CV-156

HON. ROBERT HOLMES BELL

## VERDICT FORM

We, the jury, after deliberating, have reached the following unanimous verdict:

1. **Were Plaintiffs' constitutional privacy rights violated by the manner in which the decontamination procedure was executed by the firefighters and paramedics of the City of East Lansing?**

   Answer: ☒ Yes
             ☐ No

If your answer is "yes," go on to question No. 2.
If your answer is "no," do not answer any further questions.

2. **Did the City of East Lansing fail to adequately train its firefighters and paramedics as to the protection of privacy rights of individuals undergoing a decontamination procedure?**

   Answer: ☒ Yes
             ☐ No

If your answer is "yes," go on to question No. 3.
If your answer is "no," do not answer any further questions.

3. **Did the failure to train amount to deliberate indifference to Plaintiffs' rights under the Fourth Amendment?**

   Answer: ☒ Yes
   ☐ No

If your answer is "yes," go on to question No. 4.
If your answer is "no," do not answer any further questions.

4. **Did the City's failure to train cause injury to Plaintiffs?**

   Answer: ☒ Yes
   ☐ No

If your answer is "yes," go on to question No. 5.
If your answer is "no," do not answer any further questions.

5. **We find each Plaintiff's actual damages to be: [state the amount, or if you find that Plaintiff's damages have no monetary value, set forth a nominal amount not to exceed $1.00]**

   | Plaintiff | Amount |
   |---|---|
   | Cathie Allison | $60,000.00 |
   | Debbie Conlin | $60,000.00 |
   | Melissa Granger | $60,000.00 |
   | Evette Chavez | $80,000.00 |
   | Susan Pavick | $80,000.00 |
   | Melissa Del Rio | $80,000.00 |
   | Amanda Mead | $60,000.00 |

Date: 9-15-05

_____
JURY FOREPERSON

2