UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHIE ALLISON, et al.,

    Plaintiffs,

v.

    File No.  5:03-CV-156

    HON. ROBERT HOLMES BELL

CITY OF LANSING,

    Defendant.
    _____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for attorney fees (Docket # 139) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiffs are **AWARDED ATTORNEY FEES AND COSTS** in the amount of **$14,931.25**.

Date:   July 19, 2007            /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          CHIEF UNITED STATES DISTRICT JUDGE